MOED-0001          DISCLOSURE STATEMENT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

WAKE UP JEFFCO, LLC, et al.,                    )
                                                )
Plaintiff(s),                                   )
                                                )
vs.                                             )     Case No.    4:26-cv-00724
                                                )
CITY OF FESTUS, et. al,                         )
                                                )
Defendant(s).                                   )

**Disclosure Statement**

Pursuant to Local Rule 2.09, and Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4, the undersigned discloses the following information about
Defendant CRG Acquisition, LLC                                    :

1.      If the subject is a nongovernmental corporation that is a party, intervenor, or proposed intervenor in a civil or criminal case,

a.      Whether it is publicly traded, and if it is, on which exchange(s):
        It is not publicly traded.

b.      Its parent companies or corporations (if none, state "none"):  Robert G. Clark Revocable Living Trust, U/T/A Dated December 14, 1994, as Amended is the sole member of CRG Acquisition, LLC.

c.      Subsidiaries that are not wholly owned by the subject (if none, state "none"): None.

d.      Any publicly held company or corporation that owns  five percent (5%) or more of the subject's stock (if none, state "none"):   None

2.      If the subject is a party, intervenor, or proposed intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:
        This is not applicable because jurisdiction is not based on diversity.

        Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure.  Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001                DISCLOSURE STATEMENT

3.        If the subject is an organizational victim in a criminal case,

a.        The victim's identity _____

b.        If the victim is a corporation,

    1.    Whether it is publicly traded, and if it is, on which exchange(s):

    2.    Its parent companies or corporations (if none, state "none"):

    3.    Subsidiaries that are not wholly owned by the subject (if none, state "none"):

    4.    Any publicly held company or corporation that owns  five percent (5%) or
          more of the subject's stock (if none, state "none"):

        By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, which means no later than seven (7) days of the change or event.  E.D.Mo. L.R. 2.09(A)(2) and (B)(2);  Fed. R. Civ. P. 7.1(a)(2)(B) and (b)(2); Fed. R. Crim. P. 12.4(b)(2).

/s/ Rose M. Tanner
_____
Signature (Counsel for Plaintiff/Defendant)
Print Name: Rose M. Tanner, MO# 72155
Address: One US Bank Plaza
City/State/Zip: St. Louis, MO 63101
Phone: (314) 552-6000
Counsel for Defendant, CRG Acquisition, LLC

Certificate of Service

        I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on:

May 13
_____, 20 26 .

/s/ Rose M. Tanner
_____
Signature